UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE DIAZ ESCANDON,

      Petitioner,

v.

WARDEN, SOUTH FLORIDA
DETENTION FACILITY,  US
ATTORNEY GENERAL,

      Respondents,

Case No. 2:26-cv-1997-KCD-KRH

_____/

## **ORDER**

Before the Court is a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 1.) There are two problems with the petition. First, it was signed by someone other than Petitioner, without any basis for that individual to have standing. 28 U.S.C. § 2242; *Whitmore v. Ark.*, 495 U.S. 149, 162 (1990). Second, the record provides that Petitioner was detained in Louisiana when the petition was signed and filed. (*See* Doc. 7-1.) That is not permissible either. *See Fort v. Dep't of Homeland Sec.*, No. 18-20216-CIV, 2018 WL 1867020, at *1 (S.D. Fla. Jan. 19, 2018) ("[A] section 2241 petition must be filed in the district court in which a petitioner is detained."). Petitioner cannot forum shop his habeas claims.

For these reasons, the habeas petition (Doc. 1) is **DENIED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the case.

**ORDERED** in Fort Myers, Florida on July 3, 2026.

Kyle C. Dudek
United States District Judge